USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :

DEVORN PARKER,

                       Plaintiff,                :                20-cv-9408 (LJL)

       -v-                                       :                <u>ORDER</u>

CYNTHIA BRANN, et al.,

                     Defendants.           :

-------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      Upon the consent of the parties, this action is referred to the assigned Magistrate Judge for the following purposes: general pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and any dispositive motions (i.e., motions requiring a Report and Recommendation) that may be filed. The parties are directed to contact the chambers of Magistrate Judge Aaron.

      Counsel for Defendants is also directed to inform this Court and Plaintiff of efforts to follow up on the issue raised by Plaintiff at today's conference regarding the insufficient availability of personal protective equipment at VCBC.

      The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

      SO ORDERED.

Dated: September 15, 2021
       New York, New York

                                                            LEWIS J. LIMAN
                                                 United States District Judge