```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Devorn Parker,

                Plaintiff,

-against-

Department of Corrections et al.,

                Defendants.

1:20-cv-09408 (LJL) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      IT IS HEREBY ORDERED that the Warden or other official in charge of the Vernon C. Bain Center ("VCBC") produce plaintiff Devorn Parker, NYSID No. 06266984J, B&C No. 9002000003, on Wednesday, October 6, 2021 at 11:00 a.m., to a suitable location within the VCBC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact VCBC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         September 17, 2021

*Stewart D. Aaron*
_____
STEWART D. AARON
United States Magistrate Judge