UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Devorn Parker,

                        Plaintiff,

      -against-

Department of Corrections et al.,

                        Defendants.

1:20-cv-09408 (LJL) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than October 20, 2021, Plaintiff shall file any motion for the appointment of pro bono counsel.

2. No later than October 20, 2021, Defendants shall provide to Plaintiff the additional written discovery produced in the similar case of *Lee v. Dept. of Corrections et al.*, No. 20-cv-08407.[1]

3. Defendants are granted leave to take the deposition of Plaintiff pursuant to Rule 30(a) of the Federal Rules of Civil Procedure. If further authorization is required, Defendants shall submit a proposed form of Order for the Court's approval.

4. The deadline for the completion of all discovery is February 28, 2022. This deadline shall be extended for good cause shown.

5. The Warden or other official in charge of the Vernon C. Bain Center ("VCBC") shall produce plaintiff Devorn Parker, NYSID No. 06266984J, on Thursday, January

---

[1] During today's conference, Defendants' counsel represented that approximately 700 pages of written discovery from *Lee* have been provided to Plaintiff.

6, 2022 at 11:00 a.m. to a suitable location within the VCBC that is equipped with a telephone, for the purpose of participating in a conference with the Court and Defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform Chambers by calling Courtroom Deputy Katherine Lopez at (212) 805-0274. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact VCBC to arrange the call and determine the telephone number at which Plaintiff will be reachable at the above time and date; and (3) at the scheduled time, call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745 with Plaintiff on the line.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:   New York, New York
         October 6, 2021

_____
STEWART D. AARON
United States Magistrate Judge