USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Devorn Parker,

                Plaintiff,

-against-

Department of Corrections et al.,

                Defendants.

1:20-cv-09408 (LJL) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than January 13, 2022, Defendants shall re-mail a HIPAA authorization form to Plaintiff. Plaintiff shall complete and return such form no later than January 27, 2022.

2. As set forth in the Court's October 6, 2021 Order (ECF No. 31), the deadline for the completion of all discovery, including Plaintiff's deposition, is February 28, 2022.

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              January 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge