```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Devorn Parker,

                        Plaintiff,

     -against-

Department of Corrections et al.,

                        Defendants.

1:20-cv-09408 (LJL) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

       Whereas discovery in this action closed on May 30, 2022 (*see* 3/25/2022 Order, ECF No. 42), it is hereby Ordered that, counsel for Defendants shall attempt to confer with Plaintiff and, no later than June 17, 2022, file a letter regarding proposed next steps in this action, including whether the parties would like to participate in a settlement conference and/or if either side intends to file a dispositive motion.

       According to the Inmate Lookup tool on the New York State Department of Corrections and Community Supervision website, Plaintiff currently is incarcerated at Greene Correctional Facility. Plaintiff is reminded that it is his responsibility to maintain an accurate address with the Court. The Clerk of Court is respectfully requested to update Plaintiff's address on the docket to: Greene Correctional Facility, 165 Plank Road, P.O. Box 975, Coxsackie, NY 12051-0975.

**SO ORDERED.**

DATED:      New York, New York
                  June 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge