```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Devorn Parker,

                Plaintiff,

-against-

Department of Corrections et al.,

                Defendants.

1:20-cv-09408 (LJL) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    In accordance with the Court's June 3, 2022 Order, counsel for Defendants was to attempt to confer with Plaintiff and, no later than June 17, 2022, file a letter regarding proposed next steps in this action, including whether the parties would like to participate in a settlement conference and/or if either side intends to file a dispositive motion. (6/3/2022 Order, ECF No. 43). As of the date of this Order, no such letter has been filed.

    It is hereby Ordered that, no later than July 6, 2022, Defendants shall file a letter regarding the status of this action. If Defendants have been unable to communicate with Plaintiff, they shall, at a minimum, set forth Defendants' position as to proposed next steps.

**SO ORDERED.**

DATED:    New York, New York
                June 29, 2022

                                                */s/ Stewart D. Aaron*
                                                _____
                                                STEWART D. AARON
                                                United States Magistrate Judge