```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DEVORN PARKER,                                                    :
                                                                  :
                        Plaintiff,                                :
                                                                  :     20-cv-9408 (LJL)
        -v-                                                       :
                                                                  :     ORDER
CYNTHIA BRANN et al.,                                             :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   On December 17, 2022, Magistrate Judge Stewart D. Aaron issued a Report and Recommendation recommending that the Court grant Defendants' motion for summary judgment seeking to dismiss *pro se* Plaintiff's claims in their entirety. Dkt. No. 62. Magistrate Judge Aaron advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation, and no such objections have been filed.

   In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

   The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its

2

entirety and GRANTS Defendants' motion for summary judgment.

The Clerk of Court is respectfully directed to close Dkt. No. 48 and to close the case.

SO ORDERED.

Dated: January 22, 2023
      New York, New York

                                        LEWIS J. LIMAN
                                United States District Judge