**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEVORN PARKER,

                Plaintiff,
    -against-                                            20 **CIVIL** 9408 (LJL)

                                                            **JUDGMENT**
CYNTHIA BRANN et al.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 22, 2023, the Court has reviewed the record and the Report and Recommendation for clear error and, finding none, the Report and Recommendation is ADOPTED in its entirety and Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        January 23, 2023

                                                             **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                          **BY:**      *K. Mango*

                                                              **Deputy Clerk**